USCA1 Opinion

 

 May 13, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1545 SCOTT PHILIP BROOKER, Plaintiff, Appellant, v. COMMISSIONER, NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Shane Devine, Senior U.S. District Judge] __________________________ ____________________ Before Selya, Cyr and Lynch, Circuit Judges. ______________ ____________________ Scott Philip Brooker on brief pro se. ____________________ ____________________ ____________________ Per Curiam. We have reviewed the record and ___________ plaintiff's arguments. We affirm for the reasons stated in the district court's May 4, 1995 order of dismissal. Affirmed. ________ -2-